HARRISON, *et al.*, Respondents, v. DAVIS, Appellant.

1. Judgment affirmed because no bill of exceptions is filed.

*Appeal from Callaway Circuit Court.*

*Ansell*, for appellant.

*Jones* and *Hayden*, for respondents.

SCOTT, Judge. There being no bill of exceptions preserved in this cause, there is nothing on which the difficulties and questions suggested by the appellants can be properly presented to this court. The other judges concurring, the judgment will be affirmed.